## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **Nicholas Spaeth,** | |
| *Plaintiff*, | |
| **v.** | **Civil Action No. 11-1376 (ESH)** |
| **Michigan State University College of Law,** *et al.*, | |
| *Defendants*. | |

## ORDER

Upon consideration of the motions to dismiss, or in the alternative to sever and transfer, brought by defendants Michigan State, Iowa, Missouri, and UC Hastings, and plaintiff's oppositions thereto, and for the reasons stated in the accompanying Memorandum Opinion, Feb. 17, 2012 [Dkt. No 58], it is hereby

**ORDERED** that defendants' motions are **DENIED WITHOUT PREJUDICE** to the extent they seek dismissal of plaintiff's claims; and it is further

**ORDERED** that defendants' motions are **GRANTED** to the extent they seek severance and transfer of plaintiff's claims; and it is further

**ORDERED** that plaintiff's claims against Michigan State University College of Law are severed into a new suit, and the Clerk of Court is directed to transfer the case to the Western District of Michigan; and it is further

**ORDERED** that plaintiff's claims against the Board of Regents, State of Iowa, d/b/a University of Iowa College of Law, and Sally Mason are severed into a new suit, and the Clerk of Court is directed to transfer the case to the Southern District of Iowa; and it is further

**ORDERED** that plaintiff's claims against the Curators of the University of Missouri, d/b/a University of Missouri School of Law, and Brady J. Deaton, are severed into a new suit, and the Clerk of Court is directed to transfer the case to the Western District of Missouri; and it is further

**ORDERED** that plaintiff's claims against the Directors of the Hastings College of Law, d/b/a Hastings College of the Law, and Frank H. Wu, are severed into a new suit, and the Clerk of Court is directed to transfer the case to the Northern District of California.

**SO ORDERED**.

_____/s/_____
ELLEN SEGAL HUVELLE
United States District Judge

Date:   February 17, 2012